UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 05-17261 |
| | | CHAPTER 13 |
| JOHN M. DAVIS | | |
| SANDRA L. DAVIS | : | JUDGE BURTON PERLMAN |
| DEBTORS | | |
| | : | NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS |

 Comes now the Chapter 13 Trustee, Margaret A. Burks, and places unclaimed funds into the Registry Fund pursuant to 11 U.S.C Section 347(a) and Federal Rule of Bankruptcy Procedure 3011.

 The Trustee has made numerous attempts to contact the debtor(s). Certification of Final Payment has been filed in this case. These Funds are now unclaimed.

<u>Check No.</u>      <u>Amount</u>
917879        $32.91

<u>Debtors Address</u>
JOHN M. DAVIS
SANDRA L. DAVIS
3826 VIEW STREET
CINCINNATI, OH  45244

                 Respectfully submitted,

             /s/ Margaret A. Burks, Esq.
                 Margaret A. Burks, Esq.
                 Chapter 13 Trustee
                 Attorney No. OH 0030377

                 Francis J. DiCesare, Esq.
                 Staff Attorney
                 Attorney No. OH 0038798

                 Karolina F. Perr, Esq.
                 Staff Attorney
                 Attorney No. OH 0066193

                 600 Vine Street, Suite 2200
                 Cincinnati, OH 45202
                 (513) 621-4488
                 (513) 621 2643 (Facsimile)
                 mburks@cinn13.org - Correspondence only
                 fdicesare@cinn13.org
                 kperr@cinn13.org
                 cincinnati@cinn13.org - Court Filings

# CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Notice of Transmittal of Unclaimed Funds was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this day, June 17, 2011.

                                                     /s/     Margaret A. Burks, Esq.
                                                                   Margaret A. Burks, Esq.

| Debtor(s) | Debtor(s) Counsel |
|---|---|
| JOHN M. DAVIS | KATHLEEN D MEZHER & ASSOCIATES |
| SANDRA L. DAVIS | 8075 BEECHMONT AVE |
| 3826 VIEW STREET | CINCINNATI, OH  45255 |
| CINCINNATI, OH  45244 | |

U.S. TRUSTEE
36 EAST SEVENTH STREET, SUITE 2030
CINCINNATI, OHIO 45202
 (service waived)